# O'SHEA PARTNERS LLP

521 FIFTH AVENUE
25th FLOOR
NEW YORK, NEW YORK 10175

SEAN F. O'SHEA
MICHAEL E. PETRELLA
—
MARC D. FEINGOLD
JUSTIN J. GUNNELL
JOHN M. HENDELE IV
JULIE O'SHEA
ANDREW J. SOCKOL

(212) 682-4426
Fax (212) 682-4437

www.osheapartners.com

July 5, 2011

**VIA ECF FILING**

Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

Re:   *United States v. $587,536.45, et al.*, 1:10-cv-01866.

Dear Judge Cogan:

This firm represents Claimant Robert Potenza in the above-referenced civil forfeiture action. On December 3, 2010, third-party witness Shay Cavanaugh of JPMorgan Chase Bank ("Chase") was deposed at our office in New York, New York. Ms. Cavanaugh is listed in the Pre-Trial Order as a witness to be called at trial by Claimant, and was served with a subpoena to appear at trial.

Just this afternoon, we were contacted by JPMorgan Chase attorney Andrew R. Kosloff, who indicated that Chase may decline to produce Ms. Cavanaugh at trial, due to the fact that she resides in Texas.

In addition, Chase has produced a four page document that has been redacted in numerous places for reasons other than privilege. [Attached as Exhibit A hereto, Claimant 5322-5325]. Despite repeated requests, Chase has refused to produce an un-redacted copy of this document. Chase has also, in fact, refused to explain in any detail the basis for the redactions.

Accordingly, we plan to raise these issues at tomorrow's pre-trial conference.

                                            Respectfully submitted,

                                            Andrew J. Sockol

cc:    AUSA Brian Morris
        Andrew R. Kosloff

# Exhibit A



CONFIDENTIAL

SYSTEMS USED
KYC – No matches
SEMS – No new matches
Reviewed account activity and transaction images in Customer Assist and Instant Image
Reviewed Signature cards on I-Vault and noted that only TIN was used as ID for this business account

CURRENT ACTIVITY REVIEW

Review of account #TT1502313165 from 12/11/06 to 06/05/07 revealed the following

Checks within this account were used for two purposes. The first was to transfer funds to an account in the name PRP Restaurant at other banks, though the copies of checks do not confirm which banks the money is going to. The checks for this activity range from $■ to $■. There are also ■ checks, $■ each, made payable to cash and cashed at the teller, totaling $■. There was evidence that these checks showed an aggregate in excess of $■ sequential dates and ■. Example 02/28/07 - $■, 03/01/07 - $6,000. Also they added to the pattern of cash noted below. There were 60 teller cash withdrawals, totaling $■ ■ them were for $■ each which adds to the pattern already noted, apparently meant to avoid ■ requirements. All ACH credits were received from credit card processors. There were also ■ teller cash deposits, totaling $■. These also showed evidence of total in excess of $■ on same/sequential dates where no CTRs were filed. There were only ■ CTRs filed during the review period.

CONCLUSION

■■■ (redacted)

Investigation is complete, pending manager review.

| 6/7/2007<br>3:46:54 PM | KOONS,<br>TIMOTHY | Recommendation: No closure is recommended at this time, but this may change upon completion of customer contact. This will be initiated next week. |
|---|---|---|
| 9/7/2007<br>4:01:50 PM | CAVANAUGH,<br>SHAY L | Review of account #TT1502313165 from 06/05/2007 through 09/05/2007 revealed the following |

An additional $■ has been withdrawn from this account in the form of cashed checks for $■ each on sequential calendar days. The client did cash ■ checks in this time frame with ■ over $■ however the remaining ■ were at $■ even

An additional $■ has been deposited into this account in a ■ manner with deposits occurring on sequential calendar days which aggregate over $■

| 9/7/2007<br>4:02:21 PM | CAVANAUGH,<br>SHAY L | WARNING LETTER WILL BE SENT TO THE CLIENT AS IT DOES NOT APPEAR ONE WAS SENT DURING THE ORIGINAL REVIEW. |

CARA = CONTINUING

ACCOUNT CLOSURE = NO

| 9/14/2007<br>12:53:20 PM | CAVANAUGH,<br>SHAY L | Cash is being used to fill ATM Machine and also take singles for his adult establishment to tip the dancers |

His ATM Machine holds $20K

His bank days are Tues, Wed, and Thurs. He goes to two/three branches to get enough singles on occasion since branches don't hold enough singles

The checks are being cashed at ■ based on business need and not an attempt to avoid filing the CTR

CONFIDENTIAL
CLAIMANT0005323

He also stated that he doesn't not like to have a lot of cash on hand or to keep the same pattern due to the threat of being held up

| | STINSON, MICHELLE | |
|---|---|---|

Time frame reviewed: 09/06/2007-12/04/2007

Teller cash deposits ▇ range from ▇ and total ▇

Other credits: ACH preauthorized or payroll are RBL Lynk transactions

Use of funds: Check debits range from ▇ @ ▇ totaling ▇ were cashed ▇ ranging from ▇ to ▇ re to PRP Restaurant
Cash withdrawals range from ▇ to ▇ of these ▇ were for ▇ totaling ▇
The others were internal transactions.

| | STINSON, MICHELLE | |
|---|---|---|

Customer continues pattern of ▇

| | STINSON, MICHELLE | |
|---|---|---|

I spoke to Prakash Mehta (718-472-3296) at Sunnyside branch and asked if the branches were limited to the amount of cash they could give to a customer in one day. He stated that all the branches keep plenty of cash on hand. He did not know the customer but did not think the customer would need to go to different branches to get enough cash to meet business needs

ACCT CLOSURE RECOMMENDED due to continuing pattern of activity and branch feedback that limited cash available at the branches would cause the customer to go to multiple branches on some days

| | SALCEDO, SYLVIA M | |
|---|---|---|

Hi Michelle
Please process ▇ Account Closing Event 1606574 and advise PM or branch of domicile of account closure. Branch notification must be documented in the case comments

Thanks!

| | SALCEDO, SYLVIA M | |
|---|---|---|

| | STINSON, MICHELLE | |
|---|---|---|

Initiated acct closure
Notified acct officer Bibi S Singh of closure by email

| | MIRANDA, DEBRA M | |
|---|---|---|

New Event #1637864 Atchley for the month of December 2007 Transactions Cash-in
Amount $▇
Alert # ▇

| | MIRANDA, DEBRA M | |
|---|---|---|

Reviewed transactions between 12/05/2007 to 02/28/2008
Account no. ▇
Client continued to receive Ach credits from PBS Lynk totaling $▇
Client wrote checks to itself to be deposited with another institution ranging from $▇ totaling $▇

| | MIRANDA, DEBRA M | |
|---|---|---|

Unusual activity as follows
Cash Deposits ranged from $▇ totaling ▇
Cash withdrawals all at $▇ ing $▇

| | MIRANDA, | |
|---|---|---|

Branches Utilized:



| Date/Time | Name | Notes |
|---|---|---|
| 3:37:39 PM | DEBRA M | Branch 693 Steinway St. 33-15 Broadway Astoria NY 11103<br>Branch 071 Sunnyside 47-11 Queens Blvd. Sunnyside NY 11104<br>Branch 746 Hunters Point, 10-51 Jackson Ave. Long Island NY 11101 |
| 3/3/2008<br>3:37:52 PM | MIRANDA, DEBRA M | |
| 3/3/2008<br>3:38:17 PM | MIRANDA DEBRA M | Account closed as of 02/28/2008 per ▮<br>Please close case |
| 5/23/2008<br>8:52:41 PM | MIRANDA DEBRA M | New Events: none<br>Reviewed transactions between 02/28/2008 to 05/22/2008<br>Account No 771502313165 Account Closed 2/25/2008<br>No activity, activity did not continue.<br>…osed<br>Please close case |
| 11/19/2009<br>4:23:45 PM | DAUER, MICHELE F | |
| 12/18/2009<br>11:42:47 AM | GUTIERREZ, JESSICA M | |

CONFIDENTIAL

CLAIMANT0005325