

**U.S. Department of Justice**

*United States Attorney's Office*
*Eastern District of New York*

KAN:TYH

*271 Cadman Plaza East*
*Brooklyn, New York   11201*

July 12, 2011

**BY ECF**

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York   11201

    Re:   United States v. $61,900 et al
          <u>Civil Docket No. 10-CV-1866(BMC)</u>

Dear Judge Cogan:

    This matter is scheduled for a bench trial before Your Honor tomorrow morning at 9:30 a.m.  The government writes this letter to request the Court's permission to add Richard Gleason to the government's witness list.

    As Your Honor may recall, in the Proposed Joint Pretrial Order filed on June 30, 2011, the Claimant named two individuals he intended to call to testify at trial, one of whom was Mr. Gleason.  Mr. Gleason worked as a manager for PRP Restaurant, Inc. ("PRP").  At the pretrial conference on July 7, 2011, Claimant represented to the Court that he planned to call Mr. Gleason to testify as a "rebuttal" witness, stating that Mr. Gleason would rebut certain testimony of government witness Mr. Joseph Johnson.  The government objected because Mr. Gleason had not been disclosed properly during discovery.  The Court allowed the government to depose the two rebuttal witnesses, including Mr. Gleason, on Monday or Tuesday, July 11 and 12, 2011.  Those depositions proceeded as scheduled.

    After deposing Mr. Gleason today, the government wishes to call him as a witness in the government's case in chief.  The government advised the Claimant of its intention and asked if Claimant's counsel would accept service of a trial subpoena on Mr. Gleason's behalf.  The Claimant's counsel declined to do so and indicated that the Claimant would object to the government's calling Mr. Gleason on the grounds that the government had failed to name Mr. Gleason in the Joint Pretrial Order.  Accordingly,

- 2 -

the government has served Mr. Gleason with a trial subpoena this evening at approximately 7:40 p.m., and respectfully requests leave of this Court to call Mr. Richard Gleason in the government's case in chief.

                                      Respectfully submitted,

                                      LORETTA E. LYNCH
                                      UNITED STATES ATTORNEY

BY:   *Tanya Y. Hill*
       Tanya Y. Hill
       Assistant U.S. Attorney

cc:  Andrew Sokol, Esq.
     BY ECF