UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------- X

   UNITED STATES OF AMERICA,

                              Plaintiff,

                 - against -

SIXTY-ONE THOUSAND NINE HUNDRED
DOLLARSAND NO CENTS ($61,900.00)
SEIZED FROM ACCOUNT NUMBER
XXXXXX4429 HELD IN THE NAME OF PRP
RESTAURANT, INC., AT TD BANK, N.A.
LOCATED IN ASTORIA, NEW YORK, AND
ALL PROCEEDS TRACEABLE THERETO,

FIVE HUNDRED EIGHTY-SEVEN
THOUSAND FIVE HUNDRED THIRTY-SIX
DOLLARS AND FORTY-FIVE CENTS
($587,536.45) SEIZED FROM ACCOUNT
NUMBER XXX-X7872 HELD IN THE NAME
OF PRP RESTAURANT, INC., AT MERRILL
LYNCH PIERCE FENNER & SMITH,
LOCATED IN NEW YORK, NEW YORK
AND ALL PROCEEDS TRACEABLE
THERETO, and

TWO HUNDRED THIRTY THOUSAND
FOUR HUNDRED DOLLARS AND NO
CENTS ($230,400.00) SEIZED FROM
ACCOUNT NUMBER XXX-X7A80
HELD IN THE NAME OF ROBERT
POTENZA, AT MERRILL LYNCH PIERCE
FENNER & SMITH, LOCATED IN NEW
YORK, NEW YORK AND ALL PROCEEDS
TRACEABLE THERETO,

                        Defendants.

-------------------------------------------------------- X

**ORDER**

10 Civ. 1866 (BMC)

In a Memorandum Decision and Order dated April 5, 2012, this Court granted in part

claimant Robert Potenza's motion for attorneys' fees and expenses as a substantially prevailing

party under the Civil Asset Forfeiture Reform Act, 28 U.S.C. § 2465(b)(1)(A). This Court

directed claimant to confer with the government and submit a revised calculation of the

attorneys' fees award based on certain rulings in the Memorandum Decision and Order. Claimant now informs this Court that the revised award amounts to $743,276.71.  The government does not have any objection to this calculation.

Accordingly, claimant's [70] motion for attorneys' fees is granted.  The Clerk of the Court is directed to enter judgment in favor of claimant in the amount of $743,276.71.

**SO ORDERED.**

s/ BMC

U.S.D.J.

Dated:   Brooklyn, New York
         May 9, 2012

2